# United States Court of Appeals
### For the Eighth Circuit

———————————————————

No. 23-2677

———————————————————

United States of America,

*Plaintiff - Appellee*,

v.

Ruben Toledo, Jr.,

*Defendant - Appellant.*

————————————

Appeal from United States District Court
for the Southern District of Iowa - Western

————————————

Submitted: February 29, 2024
Filed: March 5, 2024
[Unpublished]

————————————

Before COLLOTON, KELLY, and GRASZ, Circuit Judges.

————————————

PER CURIAM.

Ruben Toledo, Jr. appeals a sentence imposed by the district court[1] after he pled guilty to an interstate domestic violence charge. His counsel has filed a brief

---

[1]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.

under *Anders v. California*, 386 U.S. 738 (1967), questioning the substantive reasonableness of the sentence, and seeking leave to withdraw. We conclude that Toledo's sentence was not substantively unreasonable, as there is no indication that the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc).

We have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____